UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

SECURITY PLANS, INC.,
f/k/a CREDITOR SERVICES, INC.,

                        Plaintiff,

                                                                 ORDER

                                                                  08-CV-6313L

          v.

CUNA MUTUAL INSURANCE SOCIETY,

                        Defendant.
_____

      By Order entered November 16, 2012 (Dkt. #66), this Court granted in part and denied in part defendant's motion for summary judgment.

      By letter (Dkt. #68), the parties jointly requested that the Court enter an order dismissing all remaining claims.

      It is, therefore,

      ORDERED that all remaining claims and causes of action be dismissed and the complaint, in its entirety, is dismissed.

      IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
         January 18, 2013.